## PEOPLE *v.* WASYLECKI

Appeal from Van Buren, David Anderson, Jr., J. Submitted Division 3 October 9, 1969, at Grand Rapids. (Docket No. 4,665.) Decided October 27, 1969.

Michael Wasylecki was convicted, on his plea of guilty, of breaking and entering a service station with intent to commit a larceny. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William C. Buhl,* Prosecuting Attorney, and *Ray E. Barrett,* Assistant Prosecuting Attorney, for the people.

*John S. Szymanski,* for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and LEVIN, JJ.

PER CURIAM. Defendant was convicted upon his plea of guilty of the crime of breaking and entering a service station with intent to commit a larceny therein contrary to MCLA § 750.110 (Stat Ann 1968 Cum Supp § 28.305). He was assisted at his arraignment by counsel and his plea was determined to have been given freely and voluntarily with full knowledge of the potential consequences thereof.

He was sentenced to a term of 1–1/2 to 10 years in prison. Appellate counsel was appointed and defendant appealed.

Defendant asserts that the court erred in accepting his plea of guilty when he was not fully apprised of the consequences of waiving a jury trial. An examination of the transcript of the arraignment indicates that defendant was fully informed of the consequences of a guilty plea, and that he entered his plea knowingly and intelligently.

There was no error in the acceptance of the plea of guilty.

Affirmed.